UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re:                                                                                              Case No. 15-11542 FJB
Chapter 13

Mike S. Tom,

     Debtor

### ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

On October 11, 2017, a Petition for Payment of Unclaimed Funds was filed for the Claimant, Mike S. Tom to obtain unclaimed funds deposited with the Court pursuant to 11 U.S.C. § 347(a).   The Petition for Payment of Unclaimed Funds is **DENIED** without prejudice for failure to provide documentation evidencing the Claimant's right to collect a claim sufficient to support payment pursuant to 28 U.S.C. § 2042.

So Ordered,

Dated: 1/23/2020

_____
United States Bankruptcy Judge